IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL EDWARD ALLEN and**                                                        **PLAINTIFFS**
**MARJORIE LECLAIR**

v.                            CASE NO. 4:13CV00068 BSM

**ESTER BASS,** *et al.*                                                                             **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge Joe Volpe have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiffs' complaint is dismissed without prejudice.

2. Dismissal of the complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. Section 1915(g).

3. It is certified, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

4. All pending motions are denied as moot.

Dated this 25th day of April 2013.

_____
UNITED STATES DISTRICT JUDGE